UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. LaVILLA, | No. C 08-5304 SI (pr) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| DERRAL G. ADAMS, warden, | |
| Respondent. | |

David L. LaVilla, a prisoner at Corcoran State Prison, has filed a petition for writ of habeas corpus that is rather difficult to understand but appears to challenge a prison disciplinary decision that occurred at Centinela State Prison in 1996. Corcoran State Prison is in Kings County, which is within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence, such as a parole denial claim. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Because petitioner is confined in the Eastern District of California and challenging the execution of his sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: February 13, 2009

SUSAN ILLSTON
United States District Judge